Becker v. State



COURT OF APPEALS


EIGHTH DISTRICT OF TEXAS


EL PASO, TEXAS





CONSTANTINO ESCOBAR,


 Appellant,


v.


SAFELITE GROUP, INC. and 

SAFELITE FULFILLMENT, INC.,


 Appellees.

§


 


§


 


§


 


§


 


§



§

No. 08-06-00238-CV



Appeal from


 120th District Court


of El Paso County, Texas


(TC # 2005-2629)




MEMORANDUM OPINION



 Pending before the Court is Appellant's motion to dismiss this appeal pursuant to
Tex.R.App.P. 42.1 because the parties have settled all matters in controversy. We grant the motion
and dismiss the appeal with prejudice. The motion does not reflect that the parties have made an
agreement regarding costs on appeal. Accordingly, costs are taxed against Appellant. See
Tex.R.App.P. 42.1(d)(absent agreement of the parties, the court will tax costs against the appellant).



April 19, 2007 

 ANN CRAWFORD McCLURE, Justice


Before Chew, C.J., McClure, and Carr, JJ.